Form oscmsdoc – oscmissdocv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 18–14600–MBK
                    Chapter: 11
                    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Princeton Alternative Funding LLC
   100 Canal Pointe Blvd
   Ste 208
   Princeton, NJ 08540–7063

Social Security No.:

Employer's Tax I.D. No.:
   35–2613349

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE
## DISMISSED FOR FAILURE TO FILE DOCUMENTS

☑    The Court having noted that the debtor filed a petition on March 9, 2018, and did not file the following documents:

    Summary of Assets and Liabilities for Non–Individuals, Declaration Under Penalty of Perjury for Non Individual Debtors, Statement of Financial Affairs For Non–Individuals, Atty Disclosure Statement, 20 Largest Unsecured Creditors, List of Equity Security Holders, List of All Creditors, Statement of Corporate Ownership, Schedules A/B,D,E/F,G,H,.

☐    The court having noted that the debtor's case was converted to chapter 13 on , and that the Court's local form, Chapter 13 Plan and Motions has not been filed,

    It is hereby

    ORDERED that the above document(s) must be received by the Clerk on or before 3/23/18 or the case will be dismissed.

    If you object to dismissal you may file an Application to Extend Time to File Missing Documents or a written request for a hearing with the Clerk of the Bankruptcy Court at the address above. The Application or request must be received by the Clerk no later than 3/23/18.

    If an Application to Extend Time to File Missing Documents is filed, the Court will either grant or deny your request and enter an order.

    If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Michael B. Kaplan on

Date: April 11, 2018
Time: 10:00 am
Location: Courtroom 8
  Address:   Clarkson S. Fisher Courthouse
              402 East State Street
              Trenton, NJ 08608–1507

**IMPORTANT: THE MOST RECENT VERSION OF EACH DOCUMENT MUST BE FILED.**

Dated: March 9, 2018
JAN: wdr

                                              <u>Michael B. Kaplan</u>
                                              United States Bankruptcy Judge