BALLARD SPAHR LLP
A Pennsylvania Limited Liability Partnership
By:   Dean C. Waldt, Esq.
210 Lake Drive East, Suite 200
Cherry Hill, New Jersey 08002
Telephone: (856) 761-3400
Facsimile: (856) 761-1020
Attorney for Ranger Specialty Income Fund, L.P.
and Ranger Alternative Management, II, L.P.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| PRINCETON ALTERNATIVE FUNDING LLC | Case No. 18-14600-MBK |
| Debtor. | |

**ENTRY OF APPEARANCE AND REQUEST FOR**
**NOTICES AND SERVICE OF ALL OTHER PAPERS**

PLEASE TAKE NOTICE that the firm of Ballard Spahr LLP hereby enters its appearance on behalf of Ranger Specialty Income Fund, L.P. and Ranger Alternative Management, II, L.P. in the above-referenced proceeding pursuant to Section 1109(b) of the United States Bankruptcy Code and Fed. R. Bankr. P. 9010(b).

PLEASE TAKE FURTHER NOTICE that such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 9007 and 9010, that all notices given or required to be given in the above-captioned case including, but not limited to, all papers filed and served in all proceedings in this case and all notices mailed only to statutory committees or their authorized agents or to creditors and equity security holders who file with the court a request that all notices be mailed to them be given to and served upon said counsel at the following address, telephone and fax number:

BALLARD SPAHR LLP
ATTN:  DEAN C. WALDT
210 Lake Drive East, Suite 200
Cherry Hill, NJ  08002
Phone:  (856) 761-3400
Fax:  (856) 761-1020
E-mail: waldtd@ballardspahr.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only notices and papers referred to in Federal Rule of Bankruptcy Procedure 2002, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand-delivery, telephone, fax transmission, or otherwise filed in or made with regard to this case and any proceeding commenced herein.

Dated: March 14, 2018                              Respectfully Submitted,

                                                   BALLARD SPAHR, LLP

                                               By: */s/ Dean C. Waldt*
                                                   Dean C. Waldt, Esq.
                                                   210 Lake Drive East, Suite 200
                                                   Cherry Hill, New Jersey 08002
                                                   Telephone: (856) 761-3400
                                                   Facsimile: (856) 761-1020

                                                   Attorney for Ranger Specialty Income Fund,
                                                   LP and Ranger Alternative Management, II,
                                                   L.P.

## **CERTIFICATE OF SERVICE**

I, Tasha M. Hart, state that on March 14, 2018, I electronically filed a copy of the foregoing Notice of Appearance and Request for Service of Notices and Documents. Notice of this filing will be sent to all parties on the Court's Electronic Mail Notice List by operation of the Court's CM/ECF system, including Debtor's counsel.

By:   */s/ Tasha M. Hart*
       Tasha M. Hart