UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF:

Princeton Alternative Funding, LLC    :    Case No. 18-14600

:
Chapter 11

NOTICE OF STATUS CONFERENCE

The court will hold a status conference on:    April 2, 2018    at 11:00 am
Courtroom # 8
US Bankruptcy Court
Federal Courthouse
402 E. State St.
Trenton NJ 08608

The purpose of the meeting will be to discuss case management issues.

The debtor is requested to notify all parties in interest who it anticipates will play a major role in this case including all secured creditors, creditors committee members and the United States Trustee.  All parties interested in this case are requested to attend.

**ATTENDANCE IS REQUIRED**.

Thank you for your cooperation.

JEANNE NAUGHTON , CLERK
UNITED STATES BANKRUPTCY COURT

Copy served to: Attorney for Debtor and U.S. Trustee.

Wendy Romero
Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 18-14600-MBK
Princeton Alternative Funding LLC                                                        Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin               Page 1 of 1            Date Rcvd: Mar 12, 2018
                              Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.
db             Princeton Alternative Funding LLC,    100 Canal Pointe Blvd,   Ste 208,
                 Princeton, NJ  08540-7063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp          +E-mail/Text: philip_burgess@microbilt.com Mar 13 2018 00:00:33      MicroBilt Corporation,
                100 Canal Pointe Boulevard, Suite 208,    Princeton, NJ 08540-7063
                                                                                                TOTAL: 1

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                               Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 12, 2018 at the address(es) listed below:
              Derek J. Baker    on behalf of Interested Party    MicroBilt Corporation dbaker@reedsmith.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Debtor    Princeton Alternative Funding LLC
               vhamilton@sillscummis.com, g8360@notify.cincompass.com
                                                                                                TOTAL: 3