UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
SILLS CUMMIS & GROSS, P.C.
Valerie A. Hamilton
vhamilton@sillscummis.com
George R. Hirsch
ghirsch@sillscummis.com
600 College Road East
Princeton, New Jersey 08540
Tel: (609) 227-4600
Fax: (609) 227-4646
Proposed Attorneys for the Debtors and Debtors in Possession

Order Filed on March 13, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

PRINCETON ALTERNATIVE FUNDING, LLC,

                Debtor.

Case No.:    18-14600 (MBK)

Chapter:    11

Hearing Date:    3/16/2018 at 11:00 a.m.

Judge:    Michael B. Kaplan

## ORDER REGARDING APPLICATION FOR EXPEDITED CONSIDERATION OF FIRST DAY MATTERS

The relief set forth on the following pages, numbered two (2) and three (3) is ORDERED.

**DATED: March 13, 2018**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the Application for Expedited Consideration of First Day Matters, and for good cause shown;

IT IS ORDERED that the following motions are scheduled for hearing before the Honorable _____Michael B. Kaplan_____ in Courtroom # no. \_\_\_\_\_8\_\_\_\_\_ located at \_\_\_\_\_402 East State St., Trenton, NJ 08608_____ on the date(s) and time(s) set forth below:

| MATTER | HEARING DATE and TIME |
|---|---|
| 1. Motion Seeking the Joint Administration of Multiple Debtor Bankruptcy Cases. | 3/16/2018 at 11:00 a.m. |
| 2. Motion for an Order Authorizing the Debtor an Extension of Time Within Which to File Statements and Schedules. | |
| 3. Motion for an Order Authorizing the Emergency Use of Cash Collateral or Debtor-In-Possession Financing Pending the Noticing and Scheduling of an Interim Hearing for Financing Pursuant to Bankruptcy Code § 363 and 364 and Fed. R. Bankr. P. 4001. | |
| 4. Motion for an Order Authorizing the Debtor to Maintain Existing Bank Accounts and Business Forms and Cash Management Procedures Providing the United States Trustee's Office with a 60 Day Period to Object to Said Order before It Becomes a Final Order. | 3/16/2018 at 11:00 a.m. |
| 5. Motion for an Order Authorizing a Debtor to Modify the Investment Guidelines Set Forth in Bankruptcy Code § 345 on an Interim Basis, Providing the United States Trustee's Office and Any Other Parties-in-Interest a 60-Day Period to Object to Said Order Before it Becomes a Final Order. | |
| 6. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Wages, Salaries, Compensation, Employee Benefits and Reimbursable Business Expenses up to the Limits Set Forth in Bankruptcy Code § 507(a). | |
| 7. Motion for an Order Authorizing the Debtor to Pay Pre-Petition Sales, Use, Payroll and Other Taxes That Are Otherwise Priority Claims Under Bankruptcy Code § 507. | |
| 8. Motion for an Order Authorizing the Debtor to Continue Credit Card Facilities. | |
| 9. Motion for an Order Authorizing the Debtor to Honor Certain Pre-Petition Customer Obligations, Deposits, Rebates, Etc. | |

| MATTER | HEARING DATE and TIME |
|---|---|
| 10. Motion for an Order Authorizing the Debtor to Continue With and Pay Pre-Petition Outstanding Amounts Due on Various Insurance Policies. | |
| 11. Motion for an Order Authorizing Payment of Outstanding and Unpaid Pre-Petition Debt to Certain Vendors Who Provide Critical and Necessary Services and/or Products to the Debtor. | |
| 12. Motion for an Order Pursuant to Bankruptcy Code § 366 Regarding Adequate Assurance for the Future Performance for Utilities and Establishing Procedures for Determining Requests for Additional Adequate Assurance. | |
| 13. Motion for an Order Authorizing the Debtor to Retain a Claims and Noticing Agent. | |
| 14. Motion for an Order Establishing Noticing Procedures. | |
| 15. Others: | |
| | |
| | |
| | |

      IT IS FURTHER ORDERED, that service of this Order must be made under D.N.J. LBR 9013-5(f); and

      IT IS FURTHER ORDERED, that objections and/or responses to First Day Matters, if any, may be made under D.N.J. LBR 9013-5(d).

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 18-14600-MBK
Princeton Alternative Funding LLC                                                 Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                 Page 1 of 1              Date Rcvd: Mar 13, 2018
                              Form ID: pdf903             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.
db            Princeton Alternative Funding LLC,    100 Canal Pointe Blvd,    Ste 208,    Princeton, NJ   08540-7063

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2018 at the address(es) listed below:
              Derek J. Baker    on behalf of Interested Party   MicroBilt Corporation dbaker@reedsmith.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Valerie A. Hamilton    on behalf of Debtor   Princeton Alternative Funding LLC    vhamilton@sillscummis.com, g8360@notify.cincompass.com
                                                                                                            TOTAL: 3