Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18–14600–MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Princeton Alternative Funding LLC
  100 Canal Pointe Blvd
  Ste 208
  Princeton, NJ 08540–7063

Social Security No.:

Employer's Tax I.D. No.:
  35–2613349

---

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Matthew Cantor is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>May 11, 2021</u>            <u>Michael B. Kaplan</u>
                                       Judge, United States Bankruptcy Court